UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STEPHEN R.W., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-CV-00001-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

On December 18, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on January 4, 2021, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is VACATED and the case is REMANDED for further proceedings consistent with the Magistrate Judge's recommendation.

**SO ORDERED.**

Dated this 19th day of January, 2021.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE